**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose BARDALES–REYES,**
**Defendant–Appellant.**

**No. 10–40620**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 8, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Jose Bardales–Reyes Houston, TX, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Bardales–Reyes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bardales–Reyes has filed a response. Our independent review of the record, counsel's brief, and Bardales–Reyes's response discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.